# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J D FACTORS, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>SOL-TAIC SOLAR, INC., a Colorado Corporation, BRYAN DIRKES, an Individual, and MONA DIRKES, an Individual, and DOES 1 through 10,<br><br>    Defendants. | CASE NO. CV14-00666 DDP (CWx)<br><br>Location:  Courtroom 3<br>Judge:     Hon. Dean D. Pregerson<br><br>**ORDER RE STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION**<br><br>[Stipulation for Entry of Preliminary Injunction Filed Concurrently Herewith]<br><br>Complaint Filed: January 28, 2014 |

The Court, having read and considered the Stipulation for Entry of Preliminary Injunction, entered by and between Plaintiff J D Factors, LLC ("Plaintiff"), on the one hand, and Defendants Sol-Taic Solar, Inc. ("Sol-Taic"), Bryan Dirkes and Mona Dirkes (the "Dirkes") (collectively "Defendants"), on the other hand,

**HEREBY ORDERS AS FOLLOWS**:

**WHEREAS**, Plaintiff filed this action seeking damages and injunctive relief against Defendants for breach of contract, breach of guaranty, fraudulent concealment, accounting, conversion, and injunction;

///

///

1    **WHEREAS**, this Court has subject matter jurisdiction under its diversity
2    jurisdiction pursuant to 28 U.S.C. § 1332(a) over this action, personal jurisdiction over
3    Defendants based on the underlying agreements and due to Defendants' executed and
4    filed Waiver of Service, and venue based on 28 U.S.C. § 1391(a) and the parties'
5    underlying agreements;

6    **WHEREAS**, the parties' relationship is governed by a certain Factoring and
7    Security Agreement dated June 7, 2013, a true and correct copy of which is
8    incorporated herein by reference and is attached hereto as Exhibit "A" (The "Factoring
9    Agreement");

10   **WHEREAS**, pursuant to the Factoring Agreement, Plaintiff provided financing
11   to Sol-Taic by purchasing eligible accounts from Sol-Taic and was repaid on its
12   advances by receiving an assignment of the right to collect on all of Sol-Taic's
13   accounts;

14   **WHEREAS**, Plaintiff sent notices to Sol-Taic's account debtors (as defined in
15   California *Commercial Code* §9102(a)(3).  Pursuant to California *Commercial Code*
16   §9406, such notices instructed Sol-Taic's account debtors to pay Plaintiff on account of
17   all obligations owed by the account debtor to Sol-Taic, to remain in effect until the
18   account debtor is notified to the contrary by Plaintiff (a "Notice of Assignment
19   Letter");

20   **WHEREAS**, for purposes of this Stipulation, the following account debtors of
21   Sol-Taic, each of which received a Notice of Assignment Letter, shall be referred to
22   collectively as "Plaintiff's Accounts":  Global Energy Services, NRG Energy,
23   Rosendin Electric, Signal Energy, and SunPower Corp.  Sol-Taic expressly warrants
24   and agrees that all other accounts constitute and remain secured collateral of Plaintiff.

25   **WHEREAS**, Plaintiff has filed its Complaint against the Defendants, which
26   alleges claims relating to Plaintiff's Accounts; and

27   **WHEREAS**, the parties are in settlement negotiations aimed at a cooperative
28   resolution to the action and in the meantime desire to preserve the status quo pending

settlement or further litigation, but are not waiving any rights or defenses by entering into this Stipulation.

**HEREBY FURTHER ORDERS AS FOLLOWS:**

1.  The foregoing Recitals are incorporated herein by reference and made a part hereof.

Defendants and their officers, agents, directors, employees, attorneys, subsidiaries, affiliates, successors, assigns, and those persons or entities in active concert or participation with them shall:

2.  Refrain from instructing account debtors on Plaintiff's Accounts to pay Sol-Taic or any other person other than Plaintiff;

3.  Refrain from endorsing any negotiable instrument or from accepting or retaining any electronic funds transfer as payment on Plaintiff's Accounts, except that in the event any electronic funds transfers are delivered to Sol-Taic in a manner outside its control, they shall be immediately accounted for and forwarded to Plaintiff;

4.  Refrain from transferring, converting, loaning, encumbering, pledging, concealing, dissipating, spending, or otherwise disposing of any proceeds that have been received as payment on Plaintiff's Accounts;

5.  Refrain from destroying any documents reflecting payments made on Plaintiff's Accounts, as defined in Federal Rule of Civil Procedure 34(a) to include writings, computer records, audio recordings, and other data compilations from which information can be obtained and translated, if necessary, through detection devices into reasonably usable form;

6.  Refrain from changing Sol-Taic's business structure, name or form; selling, leasing, transferring, or otherwise disposing of all or substantially all of Sol-Taic's property or assets; consolidating or merging with any business entity; or creating a successor company without the express consent of Plaintiff;

7.  Provide an accounting to Plaintiff by March 12, 2014, verified under oath by each of the Defendants, of (1) all payments received on Plaintiff's Accounts, from

1  and after November 1, 2013, including the date and amount of each payment, the
2  identity of the account debtor who issued the payment, and the bank name and number
3  of the account in which the payment was deposited and (2) all open accounts
4  receivables on each of Plaintiff's Accounts, reflecting whether the open account
5  receivable is valid in the amount and for the debtor listed, and indicating why payment
6  has not been made;
7      8.    Remit to Plaintiff all electronic funds transfers, checks, or other payment
8  instruments received as payment on Plaintiff's Accounts and proceeds thereof that are
9  in or may come in Defendants' possession; and
10     9.    On or before March 17, 2014, file with the Court declarations under
11 penalty of perjury that Defendants are in compliance with Paragraphs 2 through 9 of
12 the Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: March 10, 2014

                                UNITED STATES DISTRICT JUDGE
                                HONORABLE DEAN D. PREGERSON